**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **In re:** | : | |
| | : | **Case No.: 26-22217** |
| **Joseph Patrick Cook** | : | **Chapter 13** |
| **Emily Jean Cook FKA Emily Jean Carpenter** | : | **Judge John C. Melaragno** |
| | : | * * * * * * * * * * * * * * * * * * * * |
| **Debtor(s)** | | |
| | : | |
| **JPMorgan Chase Bank, N.A.** | : | **Related Document #** |
| **Movant,** | : | |
| | : | |
| **No Respondent(s).** | : | |

**NOTICE OF APPEARANCE AND REQUEST FOR NOTICES**

The undersigned attorney enters their appearance as counsel for JPMorgan Chase Bank, N.A., its successor and assigns ("Creditor") in the above referenced case. Please send all notices issued in this case to the undersigned at the address below.

Respectfully submitted,
/s/ Adam B. Hall

Adam B. Hall, Esquire (323867)
Molly Simons (338992)
MDK Legal
P.O. Box 165028
Columbus, OH 43216-5028
Telephone: 614-220-5611
Fax: 614-627-8181
Attorneys for Creditor
The case attorney for this file is Adam B. Hall.
Contact email is ABHall@mdklegal.com

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **In re:** | : | |
| | : | **Case No.: 26-22217** |
| **Joseph Patrick Cook** | : | **Chapter 13** |
| **Emily Jean Cook FKA Emily Jean Carpenter** | : | **Judge John C. Melaragno** |
| | : | * * * * * * * * * * * * * * * * * * * * |
| **Debtor(s)** | | |
| | : | |
| **JPMorgan Chase Bank, N.A.** | : | **Related Document #** |
| **Movant,** | : | |
| | : | |
| **No Respondent(s).** | : | |

## CERTIFICATE OF SERVICE OF NOTICE OF APPEARANCE AND REQUEST FOR NOTICES

I certify under penalty of perjury that I caused the Notice of Appearance and Request for Notices to be served on the parties at the addresses specified below or on the attached list on (date) 09/16/2026.

Service by ECF:
Office of U.S. Trustee, Party of Interest, (Registered address)@usdoj.gov

Ronda J. Winnecour, Chapter 13 Trustee, cmecf@chapter13trusteewdpa.com

Scott R. Lowden, Attorney for Joseph Patrick Cook and Emily Jean Cook FKA Emily Jean Carpenter, lowdenscott@gmail.com

David A. Rice, Attorney for Joseph Patrick Cook and Emily Jean Cook FKA Emily Jean Carpenter, ricelaw1@verizon.net

Service by First-Class Mail:
Joseph Patrick Cook and Emily Jean Cook FKA Emily Jean Carpenter, 913 West Wylie Avenue, Washington, PA 15301

EXECUTED ON: September 16, 2026

By: /s/ Adam B. Hall
Signature
Adam B. Hall, Esquire
Typed Name
P.O. Box 165028, Columbus, OH 43216-5028

26-022714_PS

Address
614-220-5611
Phone No.
323867
List Bar I.D. and State of Admission