IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | ) | Bankruptcy No. 26-22217-JCM |
| | ) | |
| Joseph Patrick Cook, | ) | Chapter 13 |
| Emily Jean Cook, | ) | |
| Debtor(s) | ) | |
| | ) | Doc. No. |
| Joseph Patrick Cook, | ) | |
| Emily Jean Cook, | ) | |
| Movant(s) | ) | |
| | ) | |
| No Respondent, | ) | |
| | ) | |
| Respondent(s) | ) | |

<u>CERTIFICATE OF SERVICE OF CONFIRMATION ORDER</u>

I, David A Rice, Esq., certify under penalty of perjury that I served the above captioned Order at DN 24 on the parties at the addresses listed below on October 20, 2026 by US Postal Service First Class Mail:

Ronda Winnecour, Trustee
Suite 3250, USX Tower
600 Grant Street
Pittsburgh, PA 15219

Office of US Trustee
1000 Liberty Avenue
Suite 1316
Pittsburgh, PA 15222

Joseph & Emily Cook
913 West Wylie Avenue
Washington, PA. 15301

ALL CREDITORS LISTED ON THE ATTACHED MATRIX.

EXECUTED ON: October 20, 2026

By: /s/ David Rice

David A Rice, Esq.
PA I.D. 50329
Rice & Associates Law Firm
75 E. Maiden St., Suite 101A
Washington, PA 15301
(724) 225-7270
ricelaw1@verizon.net

**26-22217-JCM** Joseph Patrick Cook and Emily Jean Cook
**Case type:** bk **Chapter:** 13 **Asset:** Yes **Vol:** v **Bankruptcy Judge:** John C Melaragno
**Date filed:** 08/07/2026 **Date of last filing:** 10/19/2026 **Plan confirmed:** 10/19/2026

# Creditors

| | |
|---|---|
| **Capital One**<br>AttN: Bankruptcy<br>Po Box 30285<br>Salt Lake City, UT 84130 | (16699880)<br>(cr) |
| **Chase Auto Finance**<br>Attn: Bankruptcy<br>700 Kansas Lane, La4 - 4025<br>Monroe, LA 71203 | (16699881)<br>(cr) |
| **Chase Card Services**<br>Attn: Bankruptcy<br>Po Box 15299<br>Wilmington, DE 19850 | (16699882)<br>(cr) |
| **Comenity Bank/Kay Jewelers**<br>Attn: Bankruptcy Dept<br>Po Box 182125<br>Columbus, OH 43218 | (16699883)<br>(cr) |
| **Dept Of Education/neln**<br>Po Box 82561<br>Lincoln, NE 68501 | (16699884)<br>(cr) |
| **Discovercard**<br>Po Box 30939<br>Salt Lake City, UT 84130 | (16699885)<br>(cr) |
| **Hyundai Capital America DBA Hyundai Motor Finance**<br>P.O. Box 20809<br>Fountain Valley, CA 92728 | (16732331)<br>(cr) |
| **Hyundai Motor Finance**<br>Attn: Bankruptcy<br>P.O. Box 20829<br>Fountain Valley, CA 92728 | (16699886)<br>(cr) |
| **JPMorgan Chase Bank, N.A.**<br>s/b/m/t Chase Bank USA, N.A.<br>c/o National Bankruptcy Services, LLC | (16723001) |

Pawb LIVE Database Area CG-CM/ECF-BK V4.2.0 10/20/26, 1:39 PM

| | |
|---|---|
| P.O. Box 9013<br>Addison, Texas 75001 | (cr) |
| **JPMorgan Chase Bank, N.A.**<br>National Bankruptcy Department<br>700 Kansas Lane, LA4-5599<br>Monroe Louisiana 71203 | (16724371)<br>(cr) |
| **Mohela/dofed**<br>Mohela, Attn: Bankruptcy<br>633 Spirit Drive<br>Chesterfield, MO 63005 | (16699887)<br>(cr) |
| **Onboard Partners Investment 7 Trust**<br>Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC 29603-0587 | (16710033)<br>(cr) |
| **Pagaya Ai Debt Grantor Trust 2025-2**<br>Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC 29603-0587 | (16710032)<br>(cr) |
| **Pennsylvania Department of Revenue**<br>Bankruptcy Division PO BOX 280946<br>Harrisburg, PA 17128 | (16700986)<br>(cr) |
| **PennyMac Loan Services, LLC**<br>PennyMac Loan Services, LLC, Attn: Bankr<br>Po Box 514387<br>Los Angeles, CA 90051 | (16699888)<br>(cr) |
| **PennyMac Loan Services, LLC.**<br>P.O. Box 2410<br>Moorpark, CA 93020 | (16731081)<br>(cr) |
| **PORTFOLIO RECOVERY ASSOCIATES, LLC**<br>POB 41067<br>Norfolk, VA 23541 | (16733186)<br>(cr) |
| **Prosper Funding LLC**<br>Attn: Bankruptcy<br>221 Main Street Suite 300<br>San Francisco, CA 94105 | (16699889)<br>(cr) |
| **Prosper Marketplace, Inc**<br>Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC 29603-0587 | (16727795)<br>(cr) |

| | |
|---|---|
| **Quantum3 Group LLC as agent for**<br>Comenity Capital Bank<br>PO Box 788<br>Kirkland, WA 98083-0788 | (16732336)<br>(cr) |
| **SoFi**<br>Firstmark Services<br>PO Box 82522<br>Lincoln, NE 68501 | (16701894)<br>(cr) |
| **Sofi Lending Corp**<br>Attn: Bankruptcy<br>633 Spirit Drive<br>Chesterfield, MO 63005 | (16699890)<br>(cr) |
| **Sofi Lending Corp / Mohela**<br>Attn: Bankruptcy<br>633 Spirit Drive<br>Chesterfield, MO 63005 | (16699891)<br>(cr) |
| **U.S. Department of Education c/o Nelnet**<br>121 S 13th Street<br>Lincoln, NE 68508 | (16703489)<br>(cr) |
| **Upstart Network Inc.**<br>P.o. Box 1503<br>San Carlos, CA 94070 | (16699892)<br>(cr) |
| **Upstart Network, Inc**<br>c/o Peritus Portfolio Services II, LLC<br>PO Box 1149<br>GRAPEVINE, TX 76099 | (16725163)<br>(cr) |

---

| PACER Service Center | | | |
|---|---|---|---|
| **Transaction Receipt** | | | |
| 10/20/2026 13:39:01 | | | |
| **PACER Login:** | ricelaw1 | **Client Code:** | |
| **Description:** | Creditor List | **Search Criteria:** | 26-22217-JCM Creditor Type: All |
| **Billable Pages:** | 2 | **Cost:** | 0.20 |